# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

J.T.,

      Plaintiff,

                                   Civil Action 2:22-cv-3842
                                   Chief Judge Algenon L. Marbley
      v.                            Magistrate Judge Elizabeth P. Deavers


CHOICE HOTELS INTERNATIONAL,
INC., *et al.*,

      Defendants.

## ORDER

Plaintiff alleges that she was trafficked in Defendants' hotels located in Queens, New York; Rockville Centre, New York; and Westbury, New York. (ECF No. 1 at PAGEID ## 14-19.)  The critical events underlying this action therefore occurred outside of the Southern District of Ohio Eastern Division where this Court sits.  *See C.T. v. Red Roof Inns, Inc.*, No. 2:21-CV-05022, 2022 WL 18003292, at *7 (S.D. Ohio Dec. 30, 2022) (Noting the "strong interest" in litigating TVPRA claims "where the trafficking events occurred").

Accordingly, upon consultation with the presiding Chief District Judge, this matter is **STAYED**, and the parties are **DIRECTED** to **SHOW CAUSE** why the Court should not *sua sponte* transfer this action, within **FOURTEEN (14) DAYS** of the date of this Order.  *See Hairston v. Sparks*, No. 2:22-CV-579, 2022 WL 541406, at *1 (S.D. Ohio Feb. 23, 2022) ("'[E]ven when venue is proper, a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses and in the interest of justice.'") (quoting *Ragland v. Corizon Med. Providers Inc.*, No. 2:19-CV-11859, 2019 WL 2716221, at *2 (E.D. Mich. June 28, 2019) (citing 28 U.S.C. § 1404(a)).  As part of

their responses, the parties are **FURTHER DIRECTED** to **SPECIFY** their preferred transferee court, if any, in the event that this Court finds that the interest of justice favors transfer. *See* 15 Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 3844 (4th ed. 2022) (noting that courts considering *sua sponte* transfer "should make that possibility known to the parties so they may present their views about the desirability of transfer and the possible transferee court").

   **IT IS SO ORDERED.**

Date: January 20, 2023                          /s/ *Elizabeth A. Preston Deavers*
                                      ELIZABETH A. PRESTON DEAVERS
                                      UNITED STATES MAGISTRATE JUDGE